UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO LERMA,<br><br>             Plaintiff,<br><br>vs.<br><br>D. D. ORTIZ,<br><br>             Defendant.<br>_____/ | 1:06-cv-01566-LJO-NEW (DLB) PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br><br>(Docs. 1, 11, and 12)<br><br>**ORDER THAT THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

   Plaintiff Leo Lerma ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On June 13, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which

1

contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 13, 2007, is ADOPTED IN FULL;

2. This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of April 12, 2007, and for failure to state a claim upon which relief may be granted; and

3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:     July 13, 2007**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE